FILED
13 JUL 25 PM 2:41
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12CR3038-WQH |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE THE BOND, AND PASSPORT BE RELEASED BY PRETRIAL IF HELD |
| NORMA ALICIA DAVID, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 7/25/13    .

HONORABLE WILLIAM Q. HAYES
United States District Judge